The Honorable _____

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALASKA AIRLINES, INC., | Case No. |
| Plaintiff, | SUMMONS |
| v. | |
| AIRLINE MECHANICS FRATERNAL ASSOCIATION, LOCAL 14, | |
| Defendant. | |

TO: DEFENDANT AIRLINE MECHANICS FRATERNAL ASSOCIATION, LOCAL 14

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joe Wonderly
Seyfarth Shaw LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104
jwonderly@seyfarth.com

If you fail to respond, judgment by default will be entered against you for the relief demand in the complaint. You must also file your answer or motion with the court.

SUMMONS
[NO. ] - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

305505208v.1

Respectfully submitted this October 18, 2023.

SEYFARTH SHAW LLP

By:   */s/Joe Wonderly*
     Joe Wonderly, WSBA No. 51925
     999 Third Avenue, Suite 4700
     Seattle, Washington 98104-4041
     Phone:  (206) 946-4910
     Email:  jwonderly@seyfarth.com

*Counsel for Defendant*

SUMMONS
[NO. ] - 2

Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

305505208v.1