**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ALASKA AIRLINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AIRCRAFT MECHANICS FRATERNAL ASSOCIATION, LOCAL 14, <br><br> Defendant. | Case No. 2:23-cv-01593-JHC <br><br> STIPULATED MOTION TO ESTABLISH BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT |

Plaintiff Alaska Airlines, Inc. and Defendant Aircraft Mechanics Fraternal Association, Local 14 jointly move for an order establishing the following briefing schedule in connection with the parties' forthcoming cross motions for summary judgment:

1. Motion deadline: March 7, 2024

2. Opposition deadline: March 28, 2024

3. Reply deadline: April 4, 2024

The parties further stipulate that Reply briefs may not exceed six (6) pages.

WHEREFORE, the parties respectfully request that the Court enter an order reflecting the foregoing briefing schedule.

STIPULATED MOTION TO ESTABLISH BRIEFING SCHEDULE
[NO. ] - 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

308648867v.1

DATED: February 13, 2024

By: _/s/ Samuel A. Seham_____
   Lee R. A. Seham
   Samuel A. Seham
   Seham, Seham, Meltz & Petersen, LLP
   199 Main St.,7th Floor
   White Plains, NY 10601
   Phone:   (914) 997-1346
   Email: lseham@ssmplaw.com
          samuel.seham@gmail.com

   Dmitri Iglitzin, WSBA No. 17673
   Barnard Iglitzin & Lavitt LLP
   18 West Mercer, Suite 400
   Seattle, WA 98119
   Ph: (206) 257-6003
   Email: iglitzin@workerlaw.com

*Counsel for Defendant*
*Aircraft Mechanics Fraternal Association, Local 14*

By: _/s/Joe Wonderly_____
   Joe Wonderly, WSBA No. 51925
   999 Third Avenue, Suite 4700
   Seattle, Washington 98104-4041
   Phone:   (206) 946-4910
   Email:   jwonderly@seyfarth.com

*Counsel for Plaintiff*
*Alaska Airlines, Inc.*

STIPULATED MOTION TO ESTABLISH BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMM
NO. 2:23-CV-01593-JHC - 2

1  **IT IS SO ORDERED.**

2  DATED this 13th day of February, 2024.

_____
The Honorable John H. Chun